396 P.3d 1152

**COUNTY OF HAWAI'I, a Municipal Corporation of the State of Hawai'i Plaintiff-appellant,**

v.

**William R. SANTOS and Edita B. Santos, Trustees for The Santos Family Trust Dated May 12, 1994, Defendants-appellees,**

and

**John Does 1-100; Jane Does 1-100; DOE Partnerships; DOE Corporations 1-100; DOE Entities 1-100; and DOE Governmental Units 1-100, Defendants**

NO. CAAP-15-0000894

Intermediate Court of Appeals of Hawai'i.

June 28, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 02-1-0131K)

SUMMARY DISPOSITION ORDER

Vacate. Remanded.